DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FERNANDO BARRERA-SAMANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FERNANDO BARRERA-SAMANO,<br><br>　　　　　Defendant. | No. 2:08-cr-0071 FCD<br><br>STIPULATION AND ORDER<br><br>Date: May 5, 2008<br>Time: 10:00 A.M.<br><br>Judge: Hon. Frank C. Damrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current status conference now scheduled for March 24, 2008 be vacated and a new date of May 5, 2008 at 10:00 a.m. be set for status.

　　　Mr. Barrera-Samano was arraigned on February 20, 2008.  The defense has received discovery and is in the midst of performing necessary investigation into a prior conviction that could have a significant effect on the possible sentence.  Additional time is needed for this purpose.

　　　It is further stipulated and agreed between the parties that the

1  period beginning March 24, 2008 to May 5, 2008 should be excluded in
2  computing the time within which the trial of the above criminal
3  prosecution must commence for purposes of the Speedy Trial Act for
4  defense preparation.  All parties stipulate and agree that this is an
5  appropriate exclusion of time within the meaning of Title 18, United
6  States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: March 21, 2008

                                  Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                       /S/NED SMOCK
                                  NED SMOCK
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  FERNANDO BARRERA-SAMANO

                                  MCGREGOR W. SCOTT
                                  United States Attorney

Dated:  March 21, 2008
                                     /s/ KYLE REARDON
                                  KYLE REARDON
                                  Assistant U.S. Attorney

    **IT IS SO ORDERED.**

DATED: March 21, 2008

                                  _____
                                  HONORABLE FRANK C. DAMRELL, JR.
                                  District Court Judge