DANIEL BRODERICK, Bar # 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FERNANDO BARRERA-SAMANO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0071 FCD |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| FERNANDO BARRERA-SAMANO, | ) Date: June 16, 2008 |
| | ) Time: 10:00 A.M. |
| | ) |
| | ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel McConkie, Assistant United States Attorney, attorney for Plaintiff, and Benjamin D. Galloway, Assistant Federal Defender, attorney for defendant, that the current status conference now scheduled for May 5, 2008 be vacated and a new date of June 16, 2008 be set for status conference.

Mr. Barrera-Samano was arraigned on February 20, 2008.  The defense has received discovery and is in the midst of performing necessary investigation into a prior conviction that could have a significant effect on the possible sentence.  Also, Assistant Federal Defender, Benjamin D. Galloway was recently assigned to this case and needs additional time to review the discovery and familiarize himself

1  with this case.  Additional time is needed for this purpose.

2      It is further stipulated and agreed between the parties that the

3  period beginning May 5, 2008 to June 16, 2008 should be excluded in

4  computing the time within which the trial of the above criminal

5  prosecution must commence for purposes of the Speedy Trial Act for

6  defense preparation.  All parties stipulate and agree that this is an

7  appropriate exclusion of time within the meaning of Title 18, United

8  States Code, Section 3161(h)(8)(iv) (Local Code T4).

9

10  Dated: April 29, 2008

11                              Respectfully submitted,

12                              DANIEL BRODERICK
                                Federal Defender

13

14                              /S/ BENJAMIN D. GALLOWAY
                                BENJAMIN D. GALLOWAY
15                              Assistant Federal Defender
                                Attorney for Defendant
16                              FERNANDO BARRERA-SAMANO

17

18                              MCGREGOR W. SCOTT
                                United States Attorney

19  Dated:  April 29, 2008

20                              /s/ Benjamin Galloway for
                                DANIEL McCONKIE
21                              Assistant U.S. Attorney

22      **IT IS SO ORDERED.**

23  DATED: April 28, 2008

24

25

26  _____
    FRANK C. DAMRELL, JR.
27  UNITED STATES DISTRICT JUDGE

28

2