DANIEL BRODERICK, Bar # 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FERNANDO BARRERA-SAMANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-071 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| FERNANDO BARRERA-SAMANO, | ) | Date: June 16, 2008 |
| | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel McConkie, Assistant United States Attorney, attorney for Plaintiff, and Benjamin D. Galloway, Assistant Federal Defender, attorney for defendant, that the current status conference now scheduled for June 16, 2008 be vacated and a new date of June 23, 2008 at 10:00 a.m. be set for status conference.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    It is further stipulated and agreed between the parties that the period beginning June 16, 2008 to June 23, 2008 should be excluded in computing the time within which the trial of the above criminal

prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: June 12, 2008

                                Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /S/ BENJAMIN D. GALLOWAY
                                BENJAMIN D. GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                FERNANDO BARRERA-SAMANO

                                MCGREGOR W. SCOTT
                                United States Attorney

Dated:   June 12, 2008

                                /s/ Benjamin Galloway for
                                DANIEL McCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: June 12, 2008

                                _____
                                HONORABLE FRANK C. DAMRELL, JR.
                                District Court Judge