DANIEL BRODERICK, Bar # 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FERNANDO BARRERA-SAMANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-0071 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| FERNANDO BARRERA-SAMANO, | ) Date: June 23, 2008 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE JR., Assistant United States Attorney, attorney for Plaintiff, and BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for defendant, that the current status conference now scheduled for June 23, 2008 be vacated and a new date of July 21, 2008 be set for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated and agreed between the parties that the period beginning June 23, 2008 to July 21, 2008 should be excluded in computing the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act for
2  defense preparation.  All parties stipulate and agree that this is an
3  appropriate exclusion of time within the meaning of Title 18, United
4  States Code, Section § 3161(h)(8)(iv) (Local Code T4).

6  Dated: June 18, 2008

7                                    Respectfully submitted,

8                                    DANIEL BRODERICK
                                     Federal Defender

10                                   /S/ BENJAMIN D. GALLOWAY
                                     BENJAMIN D. GALLOWAY
11                                   Assistant Federal Defender
                                     Attorney for Defendant
12                                   FERNANDO BARRERA-SAMANO

                                     MCGREGOR W. SCOTT
14                                   United States Attorney

15 Dated:   June 18, 2008
                                     /s/ Benjamin Galloway for
16                                   DANIEL McCONKIE JR.
                                     Assistant U.S. Attorney
17                                   Attorney for Plaintiff

                             **ORDER**

    **IT IS SO ORDERED.**

DATED: June 18, 2008

                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

2