```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Staff Attorney
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    FERNANDO BARRERA-SAMANO
 7
```

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-0071 FCD |
| Plaintiff, | STIPULATION AND ORDER |
| v. | Date:  July 21, 2008 |
| | Time:  10:00 a.m. |
| FERNANDO BARRERA-SAMANO, | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Daniel McConkie Jr., Assistant United States Attorney, and Michael Petrik, Jr., Staff Attorney, attorney for Mr. Barrera, that the Court should vacate the status conference scheduled for July 21, 2008, at 10:00 a.m., and set the new date of September 2, 2008, at 10:00 a.m., for status conference.

   Mr. Barrera's case has been reassigned to Michael Petrik, Jr. Defense counsel requires time to review discovery, meet with Mr. Barrera to examine possible defenses, and to continue investigating the facts of the case.

   It is further stipulated between the parties that the Court should exclude the period beginning July 21, 2008, through September 2, 2008, when it computes the time within which the trial of the above criminal

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Barrera's request for a continuance outweigh the best interest of the public and Mr. Barrera in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: July 16, 2008                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        MICHAEL PETRIK, Jr.
                                        Staff Attorney
                                        Attorneys for Defendant
                                        FERNANDO BARRERA-SAMANO


Dated: July 16, 2008                    MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ M.Petrik for
                                        DANIEL McCONKIE Jr.
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**

DATED: July 16, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE