1 | GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for FERNANDO BARRERA-SAMANO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-08-071-FCD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTION HEARING |
| vs. | |
| FERNANDO BARRERA-SAMANO, | |
| Defendant. | |

Defendant Fernando Barrera-Sámano, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Michael D. Anderson, agree that the Motions hearing set for June 22, 2009, at 10:00 a.m., be continued to July 13, 2009, at 1:30 p.m.

In addition, it is agreed that the Court should find excludable time through July 13, 2009, pursuant to Local Rule T-4.

Respectfully submitted,

DATED: May 21, 2009      /s/ Gilbert A. Roque
                         GILBERT A. ROQUE, Attorney for
                         FERNANDO BARRERA-SAMANO, Defendant

DATED: May 21, 2009      /s/ Michael D. Anderson
                         MICHAEL D. ANDERSON
                         Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: May 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE