GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for FERNANDO BARRERA-SAMANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FERNANDO BARRERA-SAMANO,<br><br>　　　　　Defendant.<br>_____ | NO. CR. S-08-071-FCD<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS<br>CONFERENCE |

　　　Defendant Fernando Barrera-Sámano, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Michael D. Anderson, agree that the Status Conference set for August 3, 2009, at 10:00 a.m., be continued to August 24, 2009, at 10:00 a.m.

　　　In addition, it is agreed that the Court should find excludable time through August 24, 2009, pursuant to Local Rule T-4, for continued attorney preparation.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: July 27, 2009　　　　　　　　/s/ Gilbert A. Roque
　　　　　　　　　　　　　　　　　　　　GILBERT A. ROQUE, Attorney for
　　　　　　　　　　　　　　　　　　　　FERNANDO BARRERA-SAMANO, Defendant


DATED: July 27, 2009　　　　　　　　/s/ Michael D. Anderson
　　　　　　　　　　　　　　　　　　　　MICHAEL D. ANDERSON
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: July 28, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE